# EXHIBIT A

5/8/2017 5:07:11 PM
17CV18825

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| YELENA NIKOLAYCHUK, Personal Admininistrator of the Estate of Igor Nikolaychuk<br>Plaintiff,<br><br>versus<br><br>NATIONAL CASUALTY COMPANY<br>Defendant | NO. 17CV18825<br><br>COMPLAINT<br><br>BREACH OF INSURANCE CONTRACT<br><br>PRAYER: $975,000<br><br>Filing Fee $531<br>ORS 21.160(1)(c)<br>**Not Subject to Mandatory Arbitration** |

1.

YELENA NIKOLAYCHUK is the duly appointed Personal Administrator of the Estate of Igor Nikolaychuk, Union County Oregon Probate 16PB05643, with authority to bring claims for Wrongful Death and to bring a claim for underinsured/uninsured motorist damages on behalf of decedent IGOR NIKOLAYCHUK.

2.

On January 31, 2016, decedent Igor Nikolaychuk operated a commercial 1997 Volvo truck and trailer with permission and consent of the truck's registered owner, RMI Transport LLC. Decedent was an independent contractor for RMI.

3.

On January 31, 2016, at about 9 a.m., while driving the truck and carrying a trailer to its intended destination, decedent stopped the truck and trailer on the paved shoulder of westbound I-84 near milepost 281, for the purpose of installing tire chains,

PAGE 1 -   COMPLAINT

Ivan S. Zackheim
Attorney at Law
1750 SW SKYLINE BLVD - SUITE 220
Portland, Oregon 97221
Telephone - (503) 222-1152

as required by Oregon Department of Transportation regulations for road conditions existing there and then.

4.

As he installed tire chains on the rear driver's side trailer wheel, decedent was struck and killed by an out-of-control westbound vehicle. Decedent's injuries and death were caused by the negligence of the westbound vehicle which struck him.

5.

At the time of the collision the Volvo truck and the trailer driven by decedent were insured by defendant NATIONAL CASUALTY COMPANY under an Oregon issued policy, LTO 00021394. Defendant insured the truck and trailer for Uninsured/Underinsured Motorist (UM/UIM) bodily injury pursuant to contract and Oregon law.

6.

Under defendant's UM/UIM policy language and by statute, defendant provided coverage to plaintiff for bodily injury or death if plaintiff's injuries were caused by the negligence of an uninsured or underinsured driver.

7.

Defendant's UM/UIM policy is required to match the liability limits of $1,000,000, unless defendant obtained a waiver and election that met the statutory requirements of ORS 742.502 (2).

8.

Defendant did not meet the statutory requirements to obtain such an election and waiver. Defendant's UM/UIM limits are $1,000,000.

9.

Plaintiff is entitled to bring a claim under Oregon's Wrongful Death Act (ORS 30.020) for the benefit of the decedent's surviving spouse, surviving children, and

Ivan S. Zackheim
Attorney at Law
1750 SW SKYLINE BLVD - SUITE 220
Portland, Oregon 97221
Telephone - (503) 222-1162

surviving parents. Damages include:

(a) Reasonable charges necessarily incurred for doctors' services, hospital services, nursing services, other medical services, burial services and memorial services rendered for the decedent;

(b) An amount that would justly, fairly and reasonably have compensated the decedent for disability, pain, suffering and loss of income during the period between injury to the decedent and the decedent's death;

(c) An amount that justly, fairly and reasonably compensates for pecuniary loss to the decedent's estate;

(d) An amount that justly, fairly and reasonably compensates the decedent's spouse, children, and parents for pecuniary loss and for loss of the society, companionship and services of the decedent.

10.

The amounts referred to in Paragraph 9 exceed $2,000,000. Plaintiff's recovery is limited by statute to $975,000 due to the cap on noneconomic damages, and an amount received from the insurer of the at fault driver. Plaintiff is entitled to prove damages in excess of $975,000.

11.

Plaintiff is entitled to attorney fees under ORS 742.061 in presenting this claim for UM/UIM benefits.

WHEREFORE, Plaintiff prays for judgment against defendant in the sum of $975,000, plus attorney fees, costs and disbursements incurred herein.

s/ Ivan Zackheim /s

Ivan Zackheim OSB 763880
Attorney for Plaintiff

PAGE 3 -   COMPLAINT

# EXHIBIT B



**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

TRL / ALL
Transmittal Number: 16643566
Date Processed: 05/16/2017

| | |
|---|---|
| Primary Contact: | Service Process Team 3-11-309<br>Nationwide Mutual Insurance Company<br>Three Nationwide Plaza<br>Columbus, OH 43215 |
| Electronic copy provided to: | Joshua Schonauer<br>Kevin Jones<br>Cassandra Struble |
| Entity: | National Casualty Company<br>Entity ID Number  3286230 |
| Entity Served: | National Casualty Company |
| Title of Action: | Yelena Nikolaychuk, Personal Administrator of The, Estate of Igor Nikolaychuk vs. National Casualty Company |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Contract |
| Court/Agency: | Multnomah County Circuit Court, Oregon |
| Case/Reference No: | 17CV18825 |
| Jurisdiction Served: | Oregon |
| Date Served on CSC: | 05/15/2017 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Ivan Zackhaim<br>N/A |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscglobal.com

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| YELENA NIKOLAYCHUK, Personal Administrator of the Estate of Igor Nikolaychuk<br><br>Plaintiff,<br><br>NATIONAL CASUALTY COMPANY<br><br>Defendant. | 17CV18825<br><br><br><br>Summons |

TO: National Casualty Company c/o Corporation Service Company 1127 Broadway St NE Ste 310 Salem, OR 97301

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you; and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT:
READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

Ivan S. Zackhelm, OSB #763880
Attorney for Plaintiff
1750 SW Skyline Blvd. Suite 220
Portland, Oregon 97221
(503) 222-1162

STATE OF OREGON, County of Multnomah ) ss.
I, the undersigned attorney of record for plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

Ivan S. Zackhelm, Attorney for Plaintiff, OSB #763880
1750 SW Skyline Blvd - Suite 220
Portland, Oregon 97221
(503) 222-1162

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned there in, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

Ivan S. Zackhelm, Attorney for Plaintiff, OSB #763880
1750 SW Skyline Blvd - Suite 220
Portland, Oregon 97221
(503) 222-1162

PAGE 1 - SUMMONS