5/8/2017 5:07:11 PM
17CV18825

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

YELENA  NIKOLAYCHUK, Personal
Admininistrator of the Estate of
Igor Nikolaychuk )
               Plaintiff, )

     versus )

NATIONAL CASUALTY COMPANY )

          Defendant )

)
)
)
)
)
)
)
)
)
)
)
)
)
)

NO.  17CV18825

COMPLAINT

BREACH OF INSURANCE
CONTRACT

PRAYER: $975,000

Filing Fee $531
ORS 21.160(1)(c)
**Not Subject to Mandatory
Arbitration**

1.

YELENA NIKOLAYCHUK is the duly appointed Personal Administrator of the Estate of Igor Nikolaychuk, Union County Oregon Probate 16PB05643, with authority to bring claims for Wrongful Death and to bring a claim for underinsured/uninsured motorist damages on behalf of decedent IGOR NIKOLAYCHUK.

2.

On January 31, 2016, decedent Igor Nikolaychuk operated a commercial 1997 Volvo truck and trailer with permission and consent of the truck's registered owner, RMI Transport LLC.   Decedent was an independent contractor for RMI.

3.

On January 31, 2016, at about 9 a.m., while driving the truck and carrying a trailer to its intended destination, decedent stopped the truck and trailer on the paved shoulder of westbound I-84 near milepost 281, for the purpose of installing tire chains,

PAGE 1 -    COMPLAINT- EXHIBIT 3

Ivan S. Zackheim
Attorney at Law
1750 SW SKYLINE BLVD - SUITE 220
Portland , Oregon 97221
Telephone - (503) 222-1162

as required by Oregon Department of Transportation regulations for road conditions existing there and then.

4.

As he installed tire chains on the rear driver's side trailer wheel, decedent was struck and killed by an out-of-control westbound vehicle.    Decedent's injuries and death were caused by the negligence of the westbound vehicle which struck him.

5.

At the time of the collision the Volvo truck and the trailer driven by decedent were insured by defendant NATIONAL CASUALTY COMPANY under an Oregon issued policy, LTO 00021394.   Defendant insured the truck and trailer for Uninsured/Underinsured Motorist (UM/UIM) bodily injury pursuant to contract and Oregon law.

6.

Under defendant's UM/UIM policy language and by statute, defendant provided coverage to plaintiff for bodily injury or death if plaintiff's injuries were caused by the negligence of an uninsured or underinsured driver.

7.

Defendant's UM/UIM policy is required to match the liability limits of $1,000,000, unless defendant obtained a waiver and election that met the statutory requirements of ORS 742.502 (2).

8.

Defendant did not meet the statutory requirements to obtain such an election and waiver.   Defendant's UM/UIM limits are $1,000,000.

9.

Plaintiff is entitled to bring a claim under Oregon's Wrongful Death Act (ORS 30.020) for the benefit of the decedent's surviving spouse, surviving children, and

PAGE 2 -    COMPLAINT - EXHIBIT 3

surviving parents.  Damages include:

(a)    Reasonable charges necessarily incurred for doctors' services, hospital services, nursing services, other medical services, burial services and memorial services rendered for the decedent;

(b)    An amount that would justly, fairly and reasonably have compensated the decedent for disability, pain, suffering and loss of income during the period between injury to the decedent and the decedent's death;

(c)    An amount that justly, fairly and reasonably compensates for pecuniary loss to the decedent's estate;

(d)    An amount that justly, fairly and reasonably compensates the decedent's spouse, children, and parents for pecuniary loss and for loss of the society, companionship and services of the decedent.

10.

The amounts referred to in Paragraph 9 exceed $2,000,000.  Plaintiff's recovery is limited by statute to $975,000 due to the cap on noneconomic damages, and an amount received from the insurer of the at fault driver.   Plaintiff is entitled to prove damages in excess of $975,000.

11.

Plaintiff is entitled to attorney fees under ORS 742.061 in presenting this claim for UM/UIM benefits.

WHEREFORE, Plaintiff prays for judgment against defendant in the sum of $975,000, plus attorney fees, costs and disbursements incurred herein.

s/ Ivan Zackheim /s

_____
Ivan Zackheim OSB 763880
Attorney for Plaintiff

PAGE 3 -    COMPLAINT  - EXHIBIT 3