IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| YELENA NIKOLAYCHUK, Personal Representative of the Estate of Igor Nikolaychuk, | ) ) ) | Civil No.: 3:17-cv-00921-JE |
| Plaintiff, | ) ) | VERDICT |
| v. | ) ) ) ) | |
| NATIONAL CASUALTY COMPANY, | ) ) | |
| Defendant. | ) ) ) | |

We, the jury, being duly empaneled and sworn to try this case do find our verdict as follows:

1. Were McKenna Hamilton and/or a phantom driver negligent in the operation of their vehicles?

ANSWER: __YES__ (Yes or No)

If "yes," go to question 2.

If "no," your verdict is for the defendant, National Casualty Company. Do not answer any more questions. Your presiding juror must sign this verdict form.

2. Were McKenna Hamilton's and/or a phantom driver's negligence a cause of the death of Igor Nikolaychuk?

ANSWER: __Yes__ (Yes or No)

If "yes," go to question 3.

If "no," your verdict is for the defendant, National Casualty Company. Do not answer any more questions. Your presiding juror must sign this verdict form.

VERDICT – 1

3. Was Igor Nikolaychuk negligent in the manner he parked the truck and installed the chains?

ANSWER: _No_ (Yes or No)

    If "yes," go to question 4.

    If "no," go to question 6. Do not answer questions 4 or 5.

4. Was Igor Nikolyachuk's negligence a cause of his death?

ANSWER: _____ (Yes or No)

    If "yes," go to question 5.

    If "no," go to question 6. Do not answer question 5.

5. What is the percentage of each of the vehicle operator's negligence that caused the death of Igor Nikolaychuk?

ANSWER:    McKenna Hamilton and/or Phantom Driver    _____%

            Igor Nikolaychuk    _____%

    (The percentages must total 100%.)

    If Igor Nikolaychuk's percentage of negligence is 50% or less, go to question 6.

    If Igor Nikolyachuk's percentage of negligence is greater than 50%, your verdict is for the defendant, National Casualty Company. Do not answer any more questions. Your presiding juror must sign this verdict form.

6. What is the amount, if any, of pecuniary loss to the decedent's estate?

    ANSWER:    $ _10,731.52_

7. What is the present value, if any, of pecuniary loss to:

    Yelena Nikolaychuk (spouse)    $ _800,000 x .82 = $656,000_

    Yana Igorevna Nikolaychuk (child)    $ _____

    Anita Igorevna Nikolaychuk (child)    $ _____

    L. Nikolaychuk (child)    $ _____

VERDICT – 2

8.  What is the present value, if any, of any loss of services of the decedent sustained by:

Yelena Nikolaychuk (spouse)                $ _60, 000_, X . 74 = 44,400

Yana Igorevna Nikolaychuk (child)          $ _____

Anita Igorevna Nikolaychuk (child)         $ _____

L. Nikolaychuk (child)                     $ _____

9. What is the amount, if any, that would compensate for the loss of society and companionship sustained by:

Yelena Nikolaychuk (spouse)                $ _300,000_

Yana Igorevna Nikolaychuk (child)          $ _300,000_

Anita Igorevna Nikolaychuk (child)         $ _300,000_

L. Nikolaychuk (child)                     $ _300,000_

10. In adding the amounts given in Questions 6 – 9 above, what are the total damages?

ANSWER:                                     $ _1,911,131.52_

Do not reduce the damages by Igor Nikolaychuk's percentage of negligence, if any, because the court will do this when entering judgment. The Court might also make adjustments when entering judgment based on Oregon law and the specific terms of the trucking company's insurance policy.

DATED: _OCT 16_, 20_18_.

_____
Presiding Juror

VERDICT – 3